# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
TRACY EUREY,                      *       No. 23-1590V
                                  *
                Petitioner,       *       Special Master Christian J. Moran
v.                                *       Filed: June 30, 2026
SECRETARY OF HEALTH               *
AND HUMAN SERVICES,               *
                                  *
                Respondent.       *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

Nancy Routh Meyers, Turning Point Litigation, Greensboro, NC, for Petitioner;
Jay Travis Williamson, United States Dep't of Justice, Washington, DC, for Respondent.

### UNPUBLISHED DECISION[1]

On June 16, 2026, the parties filed a joint stipulation concerning the petition for compensation filed by Tracy Eurey on September 14, 2023. Petitioner alleged that the influenza ("flu") vaccine she received on October 27, 2020, which is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a), caused or significantly aggravated her neuromyelitis optica spectrum disorder ("NMOSD"). Petitioner further alleged that she experienced the residual effects of the condition for more than six months. Petitioner represents that there has been no prior award or settlement of a civil action for damages on her behalf as a result of the alleged injury.

Respondent denies that the flu vaccine caused or significantly aggravated petitioner's alleged NMOSD, or any other injury or petitioner's current condition, or that petitioner suffered an injury contained in the Vaccine Injury Table. Nevertheless, the parties agree to the joint stipulation, attached hereto. The undersigned finds the stipulation reasonable and adopts it as the decision of the Court in awarding damages on the terms set forth therein.

Damages awarded in that stipulation include:

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

a. **A lump sum of $206,057.46 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the Clerk is directed to enter judgment according to this decision and the attached stipulation.[2]

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.